**13-465 C**

FORM 2
COVER SHEET

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)
   FAIRHOLME FUNDS, INC., on behalf of its series THE FAIRHOLME FUND, et al. (see attached list of Plaintiffs)
   If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Charles J. Cooper

Firm Name: Cooper & Kirk, PLLC

Post Office Box:

Street Address: 1523 New Hampshire Avenue, N.W.

City-State-Zip: Washington, D.C. 20036

Telephone & Facsimile Numbers: (202) 220-9600 (tel.) (202) 220-9601 (fax)

E-mail Address: ccooper@cooperkirk.com

Is the attorney of record admitted to the Court of Federal Claims Bar?  ☒ Yes  ☐ No
Does the attorney of record have a Court of Federal Claims ECF account?  ☒ Yes  ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: [5] [1] [4]

Select only one (three digit) nature-of-suit code from the attached sheet.
If number 213 is used, please identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: [T] [R] [E]
See attached sheet for three-digit codes.

Amount Claimed:   $ To be determined
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required?  ☒ Yes  ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business?  ☐ Yes  ☐ No

Vaccine Case:
Date of Vaccination: _____

Related Cases:
Is this case directly related to any pending or previous case?  x Yes  ☐ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

UNITED STATES COURT OF FEDERAL CLAIMS

FAIRHOLME FUNDS, INC., on behalf of its series The Fairholme Fund, THE FAIRHOLME FUND, a series of Fairholme Funds, Inc., BERKLEY INSURANCE COMPANY, ACADIA INSURANCE COMPANY, ADMIRAL INDEMNITY COMPANY, ADMIRAL INSURANCE COMPANY, BERKLEY REGIONAL INSURANCE COMPANY, CAROLINA CASUALTY INSURANCE COMPANY, CONTINENTAL WESTERN INSURANCE COMPANY, MIDWEST EMPLOYERS CASUALTY INSURANCE COMPANY, NAUTILUS INSURANCE COMPANY, PREFERRED EMPLOYERS INSURANCE COMPANY,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

Case No. __13-465 C__

**LIST OF PLAINTIFFS**

1. ACADIA INSURANCE COMPANY,
2. ADMIRAL INDEMNITY COMPANY,
3. ADMIRAL INSURANCE COMPANY,
4. BERKLEY INSURANCE COMPANY,
5. BERKLEY REGIONAL INSURANCE COMPANY,
6. CAROLINA CASUALTY INSURANCE COMPANY,
7. CONTINENTAL WESTERN INSURANCE COMPANY,
8. FAIRHOLME FUNDS, INC., on behalf of its series The Fairholme Fund,
9. THE FAIRHOLME FUND, a series of Fairholme Funds, Inc.,
10. MIDWEST EMPLOYERS CASUALTY INSURANCE COMPANY,
11. NAUTILUS INSURANCE COMPANY, and
12. PREFERRED EMPLOYERS INSURANCE COMPANY.