## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FAIRHOLME FUNDS, INC., *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 13-465C |
| | ) (Judge Sweeney) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## **NOTICE OF WITHDRAWAL**

Undersigned counsel Howard C. Nielson, Jr., who has who has appeared on Plaintiffs' filings in this case, hereby gives notice that he will be leaving private practice and will no longer represent Plaintiffs. Plaintiffs have consented to Mr. Nielson's withdrawal from this case.  Mr. Nielson is not Plaintiffs' counsel of record, and the withdrawal will leave Plaintiffs with representation by their counsel of record and by the remaining counsel who have appeared on Plaintiffs' filings.

Date:   May 29, 2019                                Respectfully submitted,

/s/ Howard C. Nielson, Jr.
Howard C. Nielson, Jr.
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
hnielson@cooperkirk.com