# In the United States Court of Federal Claims

No. 13-465 C
(Filed: January 4, 2021)

```
**************************************
FAIRHOLME FUNDS, INC., et al.          *
         Plaintiffs                    *
                                       *
         v.                            *
                                       *
THE UNITED STATES                      *
         Defendant                     *
                                       *
**************************************
```

## ORDER

Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, "for the efficient administration of justice," the above-captioned case is transferred to Judge Stephen S. Schwartz.

**IT IS SO ORDERED.**

s/ Eleni M. Roumel<br>
ELENI M. ROUMEL<br>
Chief Judge