# In the United States Court of Federal Claims

No. 13-465 C

Filed: February 3, 2023

**FAIRHOLME FUNDS,**
**INC., et al.**

      **Plaintiffs**

      **v.**                                                    **JUDGMENT**

**THE UNITED STATES**
      **Defendant**

Pursuant to the court's Order, filed February 1, 2023,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs' claims are dismissed with prejudice.

                                                                     Lisa L. Reyes
                                                                     Clerk of Court

                                        By:     s/ Debra L. Samler

                                                                Deputy Clerk